IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADAM KELLEY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 13 C 4922 |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| SPIRO LEMPESIS, individually and as an | ) | |
| Agent of COMMUNITY CONSOLIDATED | ) | |
| SCHOOL DISTRICT 180, BURR RIDGE | ) | |
| MIDDLE SCHOOL, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff filed an eight count complaint against Spiro Lempesis and Community Consolidated School District 180 (the "District").[1] Plaintiff alleges that Lempesis, a teacher and softball coach at Burr Ridge Middle School in District 180, sexually abused him when he attended the school in 1995. In Counts III through VIII, plaintiff also alleges various negligence claims against the District. The District has moved to dismiss all counts against it pursuant to Fed. R. Civ. P. 12(b)(6). For the reasons described below, the motion to dismiss is granted.

Counts III through VIII are various forms of negligence claims. The District has moved to dismiss these counts because it is immune from negligence suits unless it is "guilty of willful and wanton conduct in its supervision proximately causing such injury." 745 ILCS 10/3-108. To demonstrate willful and wanton conduct by the District, plaintiff must plead "a course of action which shows an actual or deliberate intention to cause harm or which, if not intentional, shows an utter indifference to or conscious disregard for the safety of others or their property." 745

---

[1] Plaintiff also included Burr Ridge Middle School as a party to the suit. Because Burr Ridge Middle School is not a legal entity, it is dismissed from the complaint.

ILCS 10/1-210. The District argues that plaintiff has not plead any facts to support a claim of willful and wanton conduct against it.

On the last status date, the court set a briefing schedule on this motion. Plaintiff requested time to respond to the motion and was given a date of October 28, 2013, by which to do so. To date, plaintiff has not responded. Because the motion is unopposed and well-founded, the court grants the District's motion to dismiss Counts III through VIII.

The record reflects that the remaining defendant, Spiro Lempesis, has not been served with process. Because more than 120 days have expired since the complaint was filed on July 9, 2013, plaintiff is directed to show cause on or before December 19, 2013 (on which date this matter is set for a status report at 9:00 a.m.), why this case should not be dismissed without prejudice pursuant to Fed. R. Civ P. 4(m).

**ENTER:** December 13, 2013

_____
    **Robert W. Gettleman**
    **United States District Judge**