IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADAM KELLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 13 C 04922 |
| | ) |
| SPIRO LEMPESIS, individually and as an Agent | ) Hon. Judge Gettleman |
| of COMMUNITY CONSOLIDATED SCHOOL | ) |
| DISTRICT 180, BURR RIDGE MIDDLE | ) |
| SCHOOL, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |
| | ) |
| COMMUNITY CONSOLIDATED SCHOOL | ) |
| DISTRICT 180, | ) |
| | ) |
| Defendant/Cross-Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SPIRO LEMPESIS, | ) |
| | ) |
| Defendant/Cross-Defendant. | ) |

**CROSSCLAIM FOR CONTRIBUTION**

NOW COMES the Defendant/Cross-Plaintiff, COMMUNITY CONSOLIDATED SCHOOL DISTRICT 180 ("School District 180"), by and through its attorneys, Darcy L. Proctor of Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C., and for its Crossclaim for Contribution against Defendant/Cross-Defendant SPIRO LEMPESIS ("Lempesis"), states as follows:

1. Count IX is the only remaining count against School District 180 and alleges willful and wanton supervision and a reckless disregard for the plaintiff's safety. A true and

correct copy of the First Amended Complaint at Law is on file and part of the court record (Docket Entry #23).

2. Plaintiff's First Amended Complaint at Law alleges willful and wanton misconduct on the part of Defendant/Cross-Defendant, Lempesis. (Docket Entry #23).

3. At all times relevant, Defendant/Cross-Defendant, Lempesis had a duty to exercise ordinary and reasonable care for the safety of District 180 students, including Plaintiff Adam Kelley.

4. Notwithstanding his said duty, Defendant/Cross-Defendant Lempesis breached said duty and is alleged to have engaged in sexual, fraudulent and wrongful conduct upon Plaintiff Adam Kelley as set forth in the First Amended Complaint. (Docket Entry #23).

5. As a direct and proximate result of the alleged conduct of Defendant/Cross-Defendant Lempesis, Plaintiff Adam Kelley claims he suffered injuries and damages. (Docket Entry #23).

6. Plaintiff seeks recovery against Defendant/Cross-Plaintiff School District 180 and Defendant/Cross-Defendant Lempesis based on the same injury arising from alleged concurrent willful and wanton negligent acts.

7. At all times relevant, the Joint Tortfeasor Contribution Act ("Contribution Act") was in force and effect in the State of Illinois. 740 ILCS 100/1. The Act applies to causes of action arising on or after March 1, 1978. The Act, states in pertinent part: "[e]xcept as otherwise provided in this Act, where 2 or more persons are subject to liability in tort arising out of the same injury to person or property, or the same wrongful death, there is a right of contribution among them, even though judgment has not been entered against any or all of them." 740 ILCS 100/2 (a). The Contribution Act further states "[t]he right of contribution exists only in favor of a tortfeasor who has paid more than his pro rata share of the common liability, and his total

recovery is limited to the amount paid by him in excess of his pro rata share. No tortfeasor is liable to make contribution beyond his own pro rata share of common liability." 740 ILCS 10/2 (b).

8. The Contribution Act governs only the rights of tortfeasors between themselves. The statute does not apply to the liability of the tortfeasors to the injured plaintiff. Joint tortfeasors may by third-party, counterclaim or crossclaim ask the trier of fact to apportion degrees of fault among them. The right to seek contribution exists from the time of the initial injury and may be asserted in a third-party, counterclaim or crossclaim before or after payment. 740 ILCS 100/5.

9. Accordingly, Defendant/Cross-Plaintiff School District 180 seeks contribution from Defendant/Cross-Defendant Lempesis pursuant to the Contribution Act, 740 ILCS 100/1 et seq., and to have the trier of fact apportion fault among the joint tortfeasors in the event the Plaintiff Adam Kelley recovers a judgment award against Defendant/Cross-Plaintiff School District 180 in this action. Defendant/Cross-Plaintiff files this Crossclaim for Contribution to protect its right of contribution in accordance with the Contribution Act.

WHEREFORE, Defendant/Cross-Plaintiff, COMMUNITY CONSOLIDATED SCHOOL DISTRICT 180, prays that in the event that judgment is entered in favor of Plaintiff, ADAM KELLEY, and against Defendant/Cross-Plaintiff, that judgment be entered in favor of Defendant/Cross-Plaintiff and against Defendant/Cross-Defendant SPIRO LEMPESIS, in an amount commensurate with Defendant/Cross-Defendant's pro rata share of the damages awarded to Plaintiff.

    Respectfully submitted,

    COMMUNITY CONSOLIDATED
    SCHOOL DISTRICT 180

    By: /s/ Darcy L. Proctor

Darcy L. Proctor (ARDC #6199731)
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
(312) 782-7606
(312) 782-0943 Fax

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 4, 2014, I electronically filed the foregoing **Crossclaim for Contribution** with the Clerk of the Court using the CM/ECF system, which will automatically send electronic notification to:

| | |
|---|---|
| Karen McNulty Enright, Esq. | Timothy J. Young, Esq. |
| McNabola Law Group, P.C. | Lewis, Brisbois, Bisgaard & Smith, LLP |
| 55 West Wacker Drive, 9th Floor | 550 West Adams Street, Suite 300 |
| Chicago, Illinois 60601 | Chicago, Illinois 60661 |
| (312) 629-2900 | (312) 345-1718 |
| Karen@mcnabolalaw.com | tyoung@lbbslaw.com |

           /s/ Darcy L. Proctor
Darcy L. Proctor, ARDC #6199731
Ancel, Glink, Diamond, Bush, DiCianni
 & Krafthefer, P.C.
140 South Dearborn, Sixth Floor
Chicago, Illinois 60603
Telephone: (312) 782-7606
Facsimile: (312) 782-0943
E-Mail: dproctor@ancelglink.com

4830-6145-4363, v. 1