**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ADAM KELLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 13 C 04922 |
| | ) |
| SPIRO LEMPESIS, individually and as an agent of COMMUNITY CONSOLIDATED SCHOOL DISTRICT 180, BURR RIDGE MIDDLE SCHOOL, | ) Hon. Judge Gettleman |
| | ) |
| Defendants. | ) |

**MOTION TO COMPEL THE DEPOSITION OF ATTORNEY PHILIP GERNER**

NOW COMES the plaintiff, ADAM KELLEY, by and through his attorneys, McNABOLA LAW GROUP, P.C., and moves for this court to enter an order compelling the deposition of Attorney Philip Gerner, and in support thereof states the following:

1. On February 10, 2015, the plaintiff took Spiro Lempesis' videotaped deposition. See Document 82-3.

2. During his deposition, Spiro Lempesis testified that he spoke with Roger Sanders, the school principal, and Terry Tamblyn, the superintendent, regarding an incident of inappropriate conduct between himself and a student named Justin Gotch. (Lempesis Dep. Pg. 101, ln 5-6). A complaint was made by Kathleen Niew, Justin Gotch's mother, to Roger Sanders regarding the incident. (Lempesis Dep. Pg. 89, ln. 18-24). He further testified that he was shown a letter from the school district regarding the incident. (Lempesis Dep. Pg. 100, ln. 14). He stated that the letter made reference to his inappropriate behavior and conduct. (Lempesis Dep. Pg. 100, ln. 16-18). He also stated that said letter was put in his personnel file. (Lempesis

Dep. Pg. 89, ln 14-16; 21-23).

3. The letter was not in the copy of Spiro Lempesis' personnel file produced by COMMUNITY CONSOLIDATED SCHOOL DISTRICT 180, BURR RIDGE MIDDLE SCHOOL.

4. On March 26, 2015, the plaintiff brought a motion to compel the production of said letter. See Document 88. During arguments on the motion to compel the defendant School District argued it was no in possession of any such documents.

5. On April 9, 2015, the defendant, COMMUNITY CONSOLIDATED SCHOOL DISTRICT 180, BURR RIDGE MIDDLE SCHOOL, submitted a Rule 26(b)(5)(A) Privilege Log.. See Document 92-5.

6. The items described in the privilege log relate to the letter from the defendant COMMUNITY CONSOLIDATED SCHOOL DISTRICT 180, BURR RIDGE MIDDLE SCHOOL to the defendant Spiro Lempesis.

7. On April 29, 2015, the plaintiff filed a Motion to Compel Production for the documents outlined in the privilege log. See Document 92.

8. On May 7, 2015, the Honorable Young B. Kim denied the plaintiff's Motion to Compel Production without prejudice. See Document 100.

9. Subsequently, counsel for the plaintiff took the deposition of Roger Sanders and Terry Tamblyn on May 27, 2015.

10. In their depositions, both acknowledged that a complaint had been made against Spiro Lempesis after he was discovered by a parent alone with an eighth grade student in the student's basement. (Deposition testimony)

11. Additionally, both acknowledged that there was a letter written to the defendant

Spiro Lempesis regarding the incident.

12. In their depositions, they also stated that the letter was placed in Spiro Lempesis' file and should still be in Spiro Lempesis' file. Neither Mr. Sanders nor Mr. Tamblyn could offer a reason why it is no longer in the defendant's file.

13. Items number one (1), two (2), and four (4) on the privilege log concern communications between Dr. Terry Tamblyn and Attorney Philip Gerner at Robbins Schwartz.

14. Counsel for the plaintiff has requested that the defendant, COMMUNITY CONSOLIDATED SCHOOL DISTRICT 180, BURR RIDGE MIDDLE SCHOOL, make Attorney Philip Gerner available for a deposition.

15. Counsel for the defendant, COMMUNITY CONSOLIDATED SCHOOL DISTRICT 180, BURR RIDGE MIDDLE SCHOOL, has refused to make Attorney Philip Gerner available for a deposition.

16. The plaintiff is entitled to take the deposition of Attorney Philip Gerner to pursue the whereabouts of the letter and to discover the extent Attorney Philip Gerner's contribution to the letter. To deny the plaintiff's right to depose Attorney Philip Gerner would unfairly prejudice the plaintiff in their continued prosecution against the defendant COMMUNITY CONSOLIDATED SCHOOL DISTRICT 180, BURR RIDGE MIDDLE SCHOOL.

WHEREFORE, the plaintiff, ADAM KELLEY, by and through his counsel, respectfully requests the entry of an order compelling the deposition of Attorney Philip Gerner or for all other relief as this Court shall deem fair and just.

Respectfully submitted by:

s/Karen A. Enright
McNabola Law Group, P.C.
Attorneys for plaintiff, ADAM KELLEY

Karen A. Enright #6210699
McNabola Law Group, P.C.
55 W. Wacker Drive-9th Floor
Chicago, IL 60601
(312) 629-2900